UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN E. MAHONEY, <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. 21-cv-10992-ADB <br> * <br> * <br> * <br> * <br> * <br> * |

ORDER

BURROUGHS, D.J.

On October 26, 2021, this action was dismissed without prejudice, [ECF No. 7], when *pro se* plaintiff Brian E. Mahoney ("Mahoney") failed to file objections to a Report and Recommendation ("the original Report and Recommendation") that recommended that this action be dismissed, [ECF No. 5]. Mahoney then sought reconsideration and advised the Court that he had been transferred to another facility and did not receive a copy of the Court's order concerning the timeline for filing objections. [ECF No. 8].

His motion for reconsideration was granted in part to allow him more time to file his objections to the original Report and Recommendation. [ECF No. 10]. Mahoney subsequently filed an objection to the original Report and Recommendation which, in essence, asked for more time to substantively object, [ECF No. 11], and also filed motions for leave to file an amended complaint, [ECF No. 12], and for leave to file a late response to the recommendation of dismissal, [ECF No. 13]. These motions were again referred for report and recommendation.

[ECF No. 15]. On January 31, 2022, the Magistrate Judge recommended, among other things, that the Court allow Mahoney's motion for leave to late file his objections to the original Report and Recommendation and deny Mahoney's motion for leave to file an amended complaint. [ECF No. 17 ("second Report and Recommendation")].

By Electronic Order dated February 17, 2022, the Court adopted the recommendation that Mahoney be given 30 additional days, until March 2, 2022, to file objections to the two Reports and Recommendations. [ECF No. 18].

To date, Mahoney has not responded to the Court's February 17, 2022 Electronic Order by filing substantive objections to the original Report and Recommendation or any objections to the second Report and Recommendation. See Docket.

According to the Bureau of Prisons Inmate Locator, Mahoney remains in custody at MCFP Springfield, the address where the clerk mailed to Mahoney a copy of the Court's February 17, 2022 Electronic Order. See Federal Bureau of Prisons, Inmate Locator, https://www.bop.gov/inmateloc (last visited May 27, 2022).

Upon review of the pleadings in the case, this Court finds that both Reports and Recommendations are well founded. To the extent Mahoney seeks leave to file an amended complaint alleging retaliatory transfers in violation of *Bivens* and the Federal Tort Claims Act, such claims cannot be pursued in the instant action. Further, Mahoney's only objection to the original Report and Recommendation, [ECF No. 11], was that he should have more time to object. That additional time was granted by the Court's February 17, 2022 Order. [ECF No. 18]. Accordingly, the relief he sought has already been granted and the objection is moot.

Accordingly, it is hereby Ordered that:

1. The second Report and Recommendation, [ECF No. 17], is <u>ADOPTED</u>.

2. Mahoney's motion for leave to file an amended complaint, [ECF No. 12], is <u>DENIED</u>.

3. To the extent that Mahoney's motion for leave to file a late response to the recommendation of dismissal, [ECF No 13], seeks relief other than permission to file his objection late, the motion is <u>DENIED</u>.

**SO ORDERED.**

May 27, 2022

<u>/s/ Allison D. Burroughs</u>
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE